**Hunter R. LEVI, Plaintiff–Appellant**

v.

**AB INBEV NV OF LEUVEN BELGIUM, & Its Wholly Owned U.S. Subsidiary Anheuser Busch Companies, Inc.; Anheuser–Busch Companies, LLC, Defendants–Appellees.**

No. 13–3180.

United States Court of Appeals, Eighth Circuit.

Submitted: April 3, 2014.

Filed: April 10, 2014.

Hunter R. Levi, Overland Park, KS, pro se.

James F. Bennett, Lisa S. Hoppenjans, Dowd & Bennett, Saint Louis, MO, Joseph

James Torres, Winston & Strawn, Chicago, IL, for Defendants-Appellees.

Before BYE, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

Hunter R. Levi appeals following the district court's [1] adverse grant of summary judgment in his action under Section 301 of the Labor Management Relations Act, *see* 29 U.S.C. § 185, and Section 510 of the Employment Retirement Income Security Act, *see* 29 U.S.C. § 1140. We agree with the district court that the record evidence revealed no disputed issues of material fact on Levi's claims against Anheuser–Busch Companies, LLC. *See Sturge v. Nw. Airlines, Inc.*, 658 F.3d 832, 839 (8th Cir.2011) (de novo review). We also find that Levi's claims would have necessarily failed against the other parties he originally named or sought to add later as defendants. Finally, we decline to consider Levi's new arguments and allegations. *See Stone v. Harry*, 364 F.3d 912, 914–15 (8th Cir.2004). The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.